UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------x Civil Action No.: CV-05-821(JMA)(CLP) (CBA)

UNITED STATES OF AMERICA,　§
　§
　　　　　　Plaintiff,　§
　§
　- against-　§
　§
DEBBIE BENT,　§
　§
　　　　　　Defendant.　§
------------------------------------------------x

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★  SEP 2 3 2005  ★
P.M. _____
TIME A.M. _____

## DEFAULT JUDGMENT

Because Debbie Bent failed to appear to defend this action after having been served with process, it is ordered that a default be entered.

It is adjudged that the United States of America recover from Debbie Bent:

**Claim No. C99-18383W**

| | |
|---|---|
| Principal Balance: | $2,805.66 |
| Total Interest Accrued at 8.000%: | $2,270.43 |
| Filing and Service of Process: | $290.00 |
| Subtotal: | $5,366.09 |
| Attorney's Fees: | $1073.00 |
| Total Owed: | $6439.09 |

Post-judgment interest shall be calculated, pursuant to 28 U.S.C. §1961.

Signed: Brooklyn, New York
Sept 22, 2005

/s/ HON. CAROL B. AMON
Carol Bagley Amon
United States District Judge